1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Jonathan W. Carlson
   Nevada Bar No. 10536
3    jonathan.carlson@mccormickbarstow.com
   Frank A. Toddre, II
4  Nevada Bar No. 11474
     frank.toddre@mccormickbarstow.com
5  Henry H. Kim
   Nevada Bar No. 14390
6    henry.kim@mccormickbarstow.com
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone: (702) 949-1100
8  Facsimile: (702) 949-1101

9  Attorneys for Defendant
   GEICO Choice Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA LEE JIMENEZ,<br><br>Plaintiff<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, a Foreign Corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00898-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of records, that the above-entitle matter be dismissed with prejudice.

///
///
///
///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350

1

Case No. 2:22-cv-00898-CDS-EJY

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: Jimenez v. GEICO
Case No 2:22-cv-00898-CDS-EJY

Each party will bear their own costs and attorney's fees.

Dated: February 23, 2023

LADAH LAW FIRM, PLLC

By: /s/ Ramzy P. Ladah
Ramzy P. Ladah, Esq.
Nevada Bar No. 11405
Michael T. Nixon, Esq.
Nevada Bar No. 12839
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Christina Lee Jimenez*

Dated: March 2, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A. Toddre, II
Nevada Bar No. 11474
Henry H. Kim
Nevada Bar No. 14390
*Attorneys for Defendant*
*GEICO Choice Insurance Company*

## ORDER

**IT IS SO ORDERED.** The Clerk of Court is directed to close this case.

DATED this 2nd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE